**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

TEODORA CORNELIO NAVARRETE
by next friend and daughter,
SARAI CATALINA NAVARRETE,

                        Petitioner,

v.                                                          CIVIL ACTION NO. 3:26-0244

DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

                        Respondents.

**ORDER**

Pending before the Court is Petitioner Teodora Cornelio Navarrete, by her next friend and

daughter, Sarai Catalina Navarrete's Motion to Waive Certain Requirements of L.R. Civ. P. 83.6

and for Pro Hac Vice Admission of Co-Counsel Jonathan Sidney. ECF No. 6. Attorney Jonathan

Sidney seeks *pro hac vice* admission to provide representation before this Court as attorney for

Petitioner. Attorney Sidney has a pending application with the West Virginia State Bar and is an

attorney of good standing in both Colorado and Ohio. Having reviewed the application, the Court

finds that Attorney Sidney is qualified to practice before this Court.

Pursuant to Local Rule 83.6, Attorney Sarah K. Brown of Mountain State Justice, a member of the West Virginia State Bar, will serve as the responsible local attorney. As responsible local attorney, Attorney Brown shall sign all papers that require the signature of an attorney and shall appear at all court proceedings unless expressly excused from appearing.

Petitioner also requests that this Court waive Visiting Attorney fees. Under Local Rule of Civil Procedure 83.6(e), "[a] Visiting Attorney and his/her Sponsoring Attorney may file a motion requesting a waiver of the Visiting Attorney fee in a particular case or cases, for good cause shown." The Court finds the motion was filed within 21 days of assignment of the case, as required, and that good cause warrants the waiver of the Visiting Attorney fees. Given counsel's representation in multiple immigration habeas corpus proceedings before this district, requiring payment in each case would be a significant financial burden. Accordingly, the Court **GRANTS** Petitioner's counsel's Motion to Waive Certain Requirements of L.R. Civ. P. 83.6 and for *Pro Hac Vice* Admission of Co-Counsel Jonathan Sidney. ECF No. 6.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:      April 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE