**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

TEODORA CORNELIO NAVARRETE,

                Petitioner,

v.                                                                CIVIL ACTION NO. 3:26-0244

DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

                Respondents.

**ORDER**

Petitioner filed an Amended Petition for Writ of Habeas Corpus today, April 7, 2026. ECF No. 12. Petitioner reflects that the Amended Petition is "generally substantially similar to the initial petition" and should not materially alter the Court's analysis. *Am. Pet.* 1 n.1. The Government is **DIRECTED** to inform the Court by 2:00 PM of any intention to file a new Response to the Amended Petition. If not, the Court will consider briefing completed and issue its ruling.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        April 7, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-